IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANGELA FARRELL,

    Plaintiff,

    v.

ABBOTT LABORATORIES, INC.

    Defendant.

No. 11 CV 00120

**ELECTRONICALLY FILED**

### Order of Court

**AND NOW,** this 12th day of September, 2011, for the reasons set forth in the accompanying Memorandum Opinion Re: Defendant's Motion for Summary Judgment, it is hereby **ORDERED** that:

(1) The Motion for Summary Judgment filed by Defendant, Abbott Laboratories, Inc., (doc. no. 45) is GRANTED.

(2) Judgment is hereby entered in favor of Defendant and against Plaintiff.

(3) The Clerk shall mark the docket closed.

        **SO ORDERED,**

        /s Arthur J. Schwab
        Arthur J. Schwab
        United States District Judge

cc:    All Registered ECF Counsel and Parties

       ANGELA FARRELL
       5979 Alder Street
       Pittsburgh, PA 15232
       PRO SE PLAINTIFF